

**CT Corporation**
Service of Process Notification
04/25/2022
CT Log Number 541456607

## Service of Process Transmittal Summary

| | |
|---|---|
| **TO:** | Kathleen Lenhardt<br>PENN NATIONAL GAMING, INC.<br>825 BERKSHIRE BLVD STE 200<br>WYOMISSING, PA 19610-1247 |
| **RE:** | **Process Served in Louisiana** |
| **FOR:** | Penn National Gaming, Inc.  (Domestic State: PA) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: LOIS CONNER // To: Penn National Gaming, Inc. |
| **CASE #:** | 826837 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **PROCESS SERVED ON:** | C T Corporation System, Baton Rouge, LA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 04/25/2022 at 08:40 |
| **JURISDICTION SERVED:** | Louisiana |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/25/2022, Expected Purge Date: 04/30/2022<br><br>Image SOP<br><br>Email Notification,  Kathleen Lenhardt  kathleen.lenhardt@pngaming.com<br><br>Email Notification,  Karin K Ashford  karin.ashford@pngaming.com<br><br>Email Notification,  Richard Pcihoda  richard.pcihoda@pngaming.com<br><br>Email Notification,  Caitlin Scargle  caitlin.scargle@pngaming.com<br><br>Email Notification,  Donna Roccoforte  donna.roccoforte@pngaming.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>3867 Plaza Tower Dr.<br>Baton Rouge, LA 70816<br>866-401-8252<br>EastTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



(101). CITATION: CLAIM FOR DAMAGES; REQUEST FOR NOTICE/PLAINTIFFS FIRST SET OF INTERROGATORIES

220408-7872-4

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

LOIS CONNER
  versus
PENN NATIONAL GAMING INC D/B/A BOOMTOWN HOTEL AND CASINO NEW ORLEANS AND LOUISIANA-I GAMING A LOUISIANA PARTNERSHIP IN COMMENDAM

Case: 826-837    Div: "L"
P 1 LOIS CONNER

To: PENN NATIONAL GAMING INC
THROUGH THEIR REGISTERED AGENT:
CT CORPORATION SYSTEM
3867 PLAZA TOWER DRIVE
BATON ROUGE LA 70816

EBR CK #66166 $39.36

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the CLAIM FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within THIRTY (30) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney DARLEEN M. JACOBS and was issued by the Clerk of Court on the 8th day of April, 2022.

/s/ Karen F Mcevers
Karen F Mcevers, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: CLAIM FOR DAMAGES; REQUEST FOR NOTICE/PLAINTIFFS FIRST SET OF INTERROGATORIES

220408-7872-4

Received:_____   Served:_____   Returned:_____

Service was made:
   ___ Personal            ___ Domiciliary _____

Unable to serve:
   ___ Not at this address      ___ Numerous attempts _____ times
   ___ Vacant                   ___ Received too late to serve
   ___ Moved                    ___ No longer works at this address
   ___ No such address          ___ Need apartment / building number
   ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____
                    Deputy Sheriff
Parish of: _____

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053

Page 1 of 1

FILED FOR RECORD 04/05/2022 14:14:21
Shelley M. Mauterer, DY CLERK
JEFFERSON PARISH, LA

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 826-837         DIVISION " "         DOCKET NO.

LOIS CONNER

VERSUS

PENN NATIONAL GAMING, INC. D/B/A BOOMTOWN HOTEL & CASINO NEW ORLEANS, AND LOUISIANA-I GAMING, A LOUISIANA PARTNERSHIP IN COMMENDAM

FILED:_____        _____
                                                                    DEPUTY CLERK

### CLAIM FOR DAMAGES

TO THE HONORABLE, THE JUDGES OF THE 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON, STATE OF LOUISIANA:

The petition of LOIS CONNER, a full age resident of the City of Marrero, Parish of St. Jefferson, State of Louisiana, with respect represents:

1.

Defendant, PENN NATIONAL GAMING, INC. D/B/A BOOMTOWN HOTEL & CASINO NEW ORLEANS, is a foreign corporation organized to do and doing business in this parish and state and, at all pertinent times hereto, owned and operated BOOMTOWN HOTEL & CASINO NEW ORLEANS located at 4132 Peters Road in the City of Harvey, Parish of Jefferson, State of Louisiana; defendant, LOUIAIANA-I GAMING, A LOUISIANA PARTNERSHIP IN COMMENDAM, is a domestic partnership organized to do and doing business in this parish and state and, at all pertinent times hereto, owned and operated BOOMTOWN HOTEL & CASINO NEW ORLEANS located at 4132 Peters Road in the City of Harvey, Parish of Jefferson, State of Louisiana on the date of the incident complained of.

2.

That said defendants are jointly, severally and in solido, justly and truly indebted unto your petitioner, LOIS CONNER for an amount that is reasonable under the circumstances, together with legal interest thereon from date of judicial demand until paid, for all costs of these proceedings and for the following to-wit:

3.

On or about May 22, 2021 , at approximately 12:15 P.M. , petitioner, LOIS CONNER was an invited guest of the defendant, PENN NATIONAL GAMING, INC. D/B/A BOOMTOWN HOTEL & CASINO NEW ORLEANS and LOUISIANA-I GAMING, A LOUISIANA PARTNERSHIP IN COMMENDAM located at 4132 Peters Road in the City of Harvey, Parish of Jefferson, State of Louisiana. Ms. CONNER left Boomtown when, suddenly and without warning, she slipped and fell on a slippery substance that appeared to be algae in the valet parking area in front of BOOMTOWN HOTEL & CASINO NEW ORLEANS.

4.

Petitioner alleges that the sole and proximate cause of this accident was the negligence of defendants, PENN NATIONAL GAMING, INC. D/B/A BOOMTOWN HOTEL & CASINO NEW ORLEANS and LOUIAIANA-I GAMING, A LOUISIANA PARTNERSHIP IN COMMENDAM, in the following respects:

a.) Failure to maintain areas where patrons walk in a reasonably safe fashion;

b.) Failure to observe the hazardous conditions;

c.) Failure to warn patrons of possible danger;

d.) Failure to take appropriate safety measures to prevent a fall;

e.) Failure to eliminate and control the growth of algae on the Boomtown premises;

f.) Other acts of negligence which will be proven at the trial of this matter.

5.

Because of the aforementioned accident and as a direct and proximate cause thereof, your petitioner sustained the following injuries and damages:

T11-12, T12-L1 and L1-2: anterior spondylosis; anterior disc herniations between anterior osteophytes; annular bulges;

L2-3: Anterior spondylosis; annular bulge; posterior disc osteophyte; bilateral far lateral disc herniations; facet arthrosis; bilateral foraminal stenosis with displaced and possibly impinged exiting bilateral nerve roots;

L3-4: Bilateral far lateral disc herniations; right foraminal stenosis; displaced exiting left nerve root;

L4-5: Desiccated disc; anterior spondylosis; annular bulge; posterior disc osteophyte; broad based central disc herniation and bilateral far lateral subligamentous disc herniation; thickened ligamentum flavum; facet arthrosis; foraminal stenosis; displaced exiting nerve roots;

L5-S1: Broad-based central as well as bilateral far lateral subligamentous disc herniation; flattened anterior thecal sac; facet arthrosis; bilateral foraminal stenosis;

C2-3: Desiccated disc; posterior bulge;

C3-4: Desiccated disc; annular bulge; anterior subluxation; joint arthrosis;

C4-5: Desiccated disc; anterior subluxation; joint arthrosis; foraminal stenosis;

C6-7: Degenerative disc disease; anterior spondylosis; annular bulge; posterior disc osteophyte; bilateral far lateral spondylitic ridges with associated subligamentous traction disc herniations; flattened anterior thecal sac; joint arthrosis; left foraminal stenosis; displaced and impinged exiting left nerve root;

C7-T1: Desiccated disc;

Aggravation of pre-existing conditions to the cervical and lumbar spine;

Bilateral hand/wrist strain;

Sprain of thoracic spine;

Bilateral shoulder sprain;

Bilateral leg sprain;

Sprain of right elbow;

Nervousness, nausea and upset;

Occipital headaches;

**Right shoulder:**

Right acromioclavicular joint with cystic degenerative findings and bursitis;

Grade II curving of the right acromion;

Intrasubstance tear or tendinosis of the distal/insertional supraspinatus tendon;

Tendinosis/tendinitis of the subscapularis tendon;

Tear of the superior glenoid labrum;

Repetitive microtrauma with subchondral geodes of the right humeral head and glenohumeral joint;

Tenosynovitis of the long head of the biceps tendon;

6.

Your petitioner itemizes her damages as follows:

Past, present and future medical expenses;

Pain and suffering;

Emotional stress and strain;

Loss of enjoyment of life;

Past, present and future lost wages and loss of earning capacity.

7.

Petitioner, LOIS CONNER avers amicable demand upon defendants to no avail.

WHEREFORE, petitioner prays that a copy of this petition be served upon each defendant herein; that they be duly cited to appear and answer same and that, after all legal delays and due proceedings be had, there be judgment herein in favor of petitioner, LOIS CONNER and against defendants, PENN NATIONAL GAMING, INC. D/B/A BOOMTOWN HOTEL & CASINO NEW ORLEANS and LOUISIANA-I GAMING, A LOUISIANA PARTNERSHIP IN COMMENDAM jointly, severally and *in solido*, for an amount that is reasonable under the circumstances, together with legal interest thereon from date of judicial demand until paid, for all costs of these proceedings and for all general and equitable relief.

DARLEEN M. JACOBS, ESQ., BAR #7208
(A PROFESSIONAL LAW CORPORATION)
823 St. Louis Street
New Orleans, Louisiana 70112
(504) 522-0155 and (504) 522-3287
email: dollyno@aol.com
Attorney for Plaintiff,
LOIS CONNER

**PLEASE SERVE DEFENDANTS AS FOLLOWS:**

PENN NATIONAL GAMING, INC.
Through Their Registered Agent,
CT CORPORATION SYSTEM
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

LOUISIANA-I GAMING, A LOUISIANA PARTNERSHIP IN COMMENDAM   (UNDER THE LOUISIANA
Through Their General Partner,                              LONG ARM STATUTE)
BOOMTOWN, LLC
825 Berkshire Blvd.
Wyomissing, PA 19610

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE.

DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON, LA

FILED FOR RECORD 04/05/2022 14:14:22
Shelley M. Mauterer, DY CLERK
JEFFERSON PARISH, LA

## 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

### STATE OF LOUISIANA

NO. 826-837          DIVISION " "    *L*          DOCKET NO.

### LOIS CONNER

### VERSUS

### PENN NATIONAL GAMING, INC. D/B/A BOOMTOWN HOTEL & CASINO NEW ORLEANS, AND LOUISIANA-I GAMING, A LOUISIANA PARTNERSHIP IN COMMENDAM

FILED:_____          _____
                                                                                          DEPUTY CLERK

### REQUEST FOR NOTICE

NOW INTO COURT, through undersigned counsel, comes plaintiff,

### LOIS CONNER

pursuant to L.S.A. - C.C.P. Article 1572, moves this Honorable Court for written notice, ten (10) days in advance of the date fixed for the trial or hearing on any exception, motion, rule or trial on the merits in the captioned proceedings, and pursuant to L.S.A. - C.C.P. Articles 1913 and 1914, requests immediate notice of all interlocutory and final orders and judgments on any exceptions, motions, rules or the trial on the merits in the captioned proceedings.

_____
DARLEEN M. JACOBS, ESQ., BAR #7208
(A PROFESSIONAL LAW CORPORATION)
823 St. Louis Street
New Orleans, Louisiana 70112
(504) 522-0155 and (504) 522-3287
email: dollyno@aol.com
Attorney for Plaintiff,
LOIS CONNER

**_PLEASE SERVE DEFENDANTS AS FOLLOWS_:**

PENN NATIONAL GAMING, INC.
Through Their Registered Agent,
CT CORPORATION SYSTEM
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

LOUISIANA-I GAMING, A LOUISIANA PARTNERSHIP IN COMMENDAM   (UNDER THE LOUISIANA
Through Their General Partner,                                                                              LONG ARM STATUTE)
BOOMTOWN, LLC
825 Berkshire Blvd.
Wyomissing, PA 19610

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE.
_____
DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON LA

FILED FOR RECORD 04/05/2022 14:14:22
Shelley M. Mauterer, DY CLERK
JEFFERSON PARISH, LA

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 826-837   DIVISION " "   DOCKET NO.

LOIS CONNER

VERSUS

PENN NATIONAL GAMING, INC. D/B/A BOOMTOWN HOTEL & CASINO NEW ORLEANS, AND LOUISIANA-I GAMING, A LOUISIANA PARTNERSHIP IN COMMENDAM

FILED:_____   _____
                                                   DEPUTY CLERK

PLAINTIFF'S FIRST SET OF INTERROGATORIES

TO:   PENN NATIONAL GAMING, INC.
      Through Their Registered Agent,
      CT CORPORATION SYSTEM
      3867 Plaza Tower Drive
      Baton Rouge, Louisiana 70816

      LOUISIANA-I GAMING, A LOUISIANA PARTNERSHIP IN COMMENDAM   (UNDER THE
      Through Their General Partner,                              LONG ARM
      BOOMTOWN, LLC                                               SATATUTE)
      825 Berkshire Blvd.
      Wyomissing, PA 19610

Pursuant to Articles 1457, 1458 and 1459 of the Louisiana Code of Civil Procedure, you are directed to give full and complete answers, under oath, to the following Interrogatories propounded upon you by the plaintiff herein;

INTERROGATORY NO. 1:

Please state the types and policy numbers and limits of each policy of insurance issued, including any and all excess insurance and umbrella coverages, insuring you for the incident herein sued upon which were in effect on the date of the incident complained of, and state the name and addresses of the company issuing each such policy, as well as the present custodian of each such policy.

INTERROGATORY NO. 2:

Please identify by name, address and employer, each person known to you, or whose identity has been provided to you or your attorney, who witnessed or claims to have witnessed any aspect of the incident.

INTERROGATORY NO. 3:

Please state the name of the person, firm or corporation requesting and/or conducting any investigation of the incident, and/or damages claimed as a result thereof, and on whose behalf such an investigation was made, together with the dates of the conduct of any such investigation.

(Note: "investigation" is hereby defined to include, but is not limited to, any surveillance the plaintiff by any means.)

INTERROGATORY NO. 4:

Have you or has anyone on your behalf taken or obtained any statement of any nature whatsoever, whether written or oral, from any plaintiff, or anyone purporting to be or believed by you to be an agent for or spokesman on behalf of any plaintiff concerning the incident and injuries which are the subject of this lawsuit? If your answer is in the affirmative, please identify by name and address the individual or individuals from whom said statement (s) were taken, the date, time and place where any such statement (s) were taken, whether said statement was written or oral, and if written, a sufficient description of the document to enable it to be subpoenaed, and if oral, the name of each person present.

INTERROGATORY NO. 5:

Please list each document which you may use in the trial of this matter.

INTERROGATORY NO. 6:

Please identify each person, by name, address and telephone number, whom you may or will call as a lay witness at the trial of this matter.

INTERROGATORY NO. 7:

Please identify each person, by name and address, whom you may or will call as an expert at the trial of this matter.

INTERROGATORY NO. 8:

Please state the name, address and telephone number of all the owners of your company on the date of the incident complained of.

INTERROGATORY NO. 9:

Please state the name and job title of anyone responsible for cleaning or inspecting the area where the plaintiff was injured at time of the incident.

INTERROGATORY NO. 10:

Please state the name and job title of all other employees on duty at the above location where the plaintiff was injured at the time of this incident.

INTERROGATORY NO. 11:

Was there any type of rug or mat on the ground at the place where the incident occurred?

INTERROGATORY NO. 12:

Did any employees receive any complaint, warning or other notice concerning a dangerous or defective condition on the premises before the incident? If so, please state the name and job title of the employee(s), the date and time they received the complaint, warning or other notice, and the name and address of the person who gave them the complaint, warning or notice.

INTERROGATORY NO. 13:

Please state the name and job title of the person who made the last inspection prior to the incident to determine whether the area where the plaintiff was injured, was safe and free from a dangerous slippery condition?

INTERROGATORY NO. 14:

Was any warning given to the plaintiff or any other person concerning any danger in the area where the incident occurred? If so, please state the name and job title of the person who gave the warning, the time of day when the warning was given, and to whom the warning was given.

INTERROGATORY NO. 15:

At the time of the incident, were there any caution signs in the area where the incident occurred? If so, how long had the caution signs been in the area, and who placed them there?

INTERROGATORY NO. 16:

If you have any defenses to the allegations asserted in the plaintiff's petition, please state:

a)   Facts upon which these allegations are based;

b)   Documents upon which you will rely to support these defenses;

c)   Witnesses whom you will call, giving names, addresses and telephone numbers of each witness;

d)   Experts whom you will call, giving names, addresses and telephone numbers of such experts, and a summary of their testimony.

INTERROGATORY NO. 17:

Please state whether or not any photographs were taken of the scene of the incident either before, at the time of, or after the incident and, if so, the name and address of the party having custody of these photographs.

INTERROGATORY NO. 18:

Please identify the substance which plaintiff slipped in.

INTERROGATORY NO. 19:

Please state the time of day on the date of the incident complained of when the substance was put down on the ground.

INTERROGATORY NO. 20:

Please state the name, address and place of employment of the employee who was responsible for the substance on the ground on the date of the incident complained of.

Respectfully submitted,

DARLEEN M. JACOBS (#7208)
*A Professional Law Corporation*
823 St. Louis Street
New Orleans, Louisiana 70112
(504) 522-0155 and (504) 522-3287
email: dollyno@aol.com
Counsel for Plaintiff,
LOIS CONNER

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE.
_____
DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON, LA